UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KENNETH IRA STARR, *et al.*,<br><br>            Debtors.<br>ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF KENNETH IRA STARR, STARR & COMPANY, LLC, and STARR INVESTMENT ADVISORS, LLC,<br>      Plaintiff and Counterclaim Defendant,<br><br>       - against -<br><br>ANNALOU LEIBOVITZ a/k/a ANNIE LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-307 WEST 11th STREET LLC, and 311 WEST 11th STREET LLC,<br>      Defendants and Counterclaim Plaintiffs. | Chapter 7 Case No. 11-10219 (MEW)<br><br>Jointly Administered<br><br>Substantively Consolidated<br><br><br><br><br><br>Adv. Pro. No. 14-2446 (MEW) |

## **DECLARATION OF JEFFREY CHUBAK**

I, Jeffrey Chubak, declare:

I am attorney with Storch Amini & Munves PC, counsel for Defendants and Counterclaim Plaintiffs in the above-referenced adversary proceeding. I submit this declaration in support of Defendants and Counterclaim Plaintiffs' motion to withdraw this Court's reference of such proceeding to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d). Attached hereto as exhibits are true and correct copies of the following documents:

| Exhibit No. | Proceeding | Document Description |
|---|---|---|
| 1 | Starr (Criminal) | Complaint [ECF No. 1] |
| 2 | Starr (Criminal) | Indictment [ECF No. 11] |
| 3 | Starr (Civil) | Complaint [ECF No. 1] |
| 4 | Starr (Civil) | Order appointing temporary receiver [ECF No. 13] |

| Exhibit No. | Proceeding | Document Description |
|:---:|:---|:---|
| 5 | Starr (Civil) | Order appointing permanent receiver [ECF No. 19] |
| 6 | Starr (Criminal) | Amended restitution order [ECF No. 92] |
| 7 | Bristol (Criminal) | Indictment [ECF No. 2] |
| 8 | Bristol (Civil) | Docket sheet |
| 9 | Bristol (Criminal) | Judgment [ECF No. 21] |
| 10 | Bristol (Criminal) | Amended restitution order [ECF No. 22] |
| 11 | Adversary Proceeding | First amended complaint [ECF No. 16] |
| 12 | Adversary Proceeding | Opposition to motion to dismiss [ECF No. 25] |
| 13 | Adversary Proceeding | Answer and counterclaims [ECF No. 28] |
| 14 | Adversary Proceeding | Scheduling order [ECF No. 29] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this July 21, 2016

/s/ Jeffrey Chubak