UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*In re*: KENNETH IRA STARR, *et al.*,

                Debtors.

------------------------------------------------

ROBERT L. GELTZER, AS CHAPTER 7
TRUSTEE OF KENNETH IRA STARR, STARR
& COMPANY, LLC and STARR INVESTMENT
ADVISORS, LLC,

                Plaintiff and Counterclaim
                Defendant,

                -against-

ANNALOU LEIBOVITZ a/k/a/ ANNIE
LEIBOVITZ, LEIBOVITZ STUDIO, INC., 305-
307 WEST 11th STREET LLC, and 311 WEST
11th STREET LLC,

                Defendants and
                Counterclaim Plaintiffs.

------------------------------------------------

16cv5889

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        The parties, having appeared for a teleconference on August 4, 2016, are directed to provide a joint status report to this Court by October 11, 2016.

Dated: August 5, 2016
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.