UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
KENNETH IRA STARR, *et al.*,                                     :
                                                                 :
                                                                 :
                        Debtors.                                 :
-----------------------------------------------------------------X
ROBERT L. GELTZER, AS CHAPTER 7                                  :
TRUSTEE OF KENNETH IRA STARR,                                    :
STARR & COMPANY, LLC, AND STARR                                  :
INVESTMENT ADVISORS, LLC,                                        :
                                                                 :    16cv5889 (WHP)
                        Plaintiff,                               :
                                                                 :
        v.                                                       :
                                                                 :
ANNALOU LEIBOVITZ a/k/a                                          :
ANNIE LEIBOVITZ,                                                 :
LEIBOVITZ STUDIO, INC.,                                          :
305-307 WEST 11TH STREET LLC, and                                :
311 WEST 11TH STREET LLC,                                        :
                                                                 :
                        Defendants.                              :
-----------------------------------------------------------------X

## STIPULATION AND ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING

WHEREAS, the defendants (the "**Defendants**") in the above-captioned adversary proceeding (the "**Adversary Proceeding**") have made a motion (the "**Motion**") pursuant to 28 U.S.C. §157(d) to withdraw the reference to the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") of the Adversary Proceeding; and

WHEREAS, the Plaintiff in the Adversary Proceeding, Robert L. Geltzer, as Chapter Trustee (the "**Trustee**"), and the Defendants, are desirous of resolving the Motion without the need to resort to further litigation in connection therewith; now therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the Trustee and the Defendants (collectively, the "**Parties**"), through their respective undersigned counsel, that pursuant to 28 U.S.C. §157(d), the reference of the Adversary Proceeding to the Bankruptcy Court shall be deemed withdrawn upon the completion in the Adversary Proceeding of (i) pre-trial discovery, and (ii) adjudication by the Bankruptcy Court of any discovery-related motions by, and/or discovery-related disputes between, any of the Parties.

Dated: New York, New York
       August 4, 2016

TARTER KRINSKY & DROGIN LLP
*Substitute Special Litigation Counsel to the Chapter 7 Trustee*

By: /s/ Robert A. Wolf
Robert A. Wolf, Esq.
Christopher Tumulty, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000

STORCH AMINI & MUNVES PC
*Attorneys for Defendants*

By: /s/ Avery Samet
Avery Samet, Esq.
Jeffrey Chubak, Esq.
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

SO ORDERED:

_____  8/5/16
HON. WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE