

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Robert A. Wolf**
Direct: (212) 216-1159
*rwolf@tarterkrinsky.com*

March 9, 2017

**Via ECF and By Federal Express**
Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

       **Re:**    **In re Kenneth Ira Starr, et al., Debtors,**
             **Robert Geltzer, as Trustee v. Leibovitz, et al.**
             **16-cv-5889 (WHP)**

Dear Judge Pauley,

      Our firm is Special Litigation Counsel to Robert L. Geltzer, as Chapter 7 Trustee (the "Trustee") of the debtors Kenneth Starr, et al., and as Trustee, the plaintiff-counterclaim defendant in the above-referenced adversary proceeding. Pursuant to Your Honor's Memo Endorsed Order of March 7, 2017, a conference in this proceeding is presently scheduled for March 31, 2017. Pursuant to this letter, and with the consent of defendants-counterclaim plaintiffs' counsel, who has reviewed this letter before its transmittal to Your Honor and are being copied with same, we respectfully request that the conference be rescheduled by reason of the fact that the undersigned, who has been the primary attorney representing the Trustee in the proceeding throughout its duration, will be out the country during the period March 16-April 1, 2017.

      Subject to Your Honor's availability, counsel for both parties are available to attend a conference in the proceeding on the following dates in April: April 6th, 7th, 13th, and 14th. Respectfully, we do wish to note that counsel for one or both sides will not be available on April 10-12 and April 17-18, 2017 in observance of the Passover holiday.

      We thank Your Honor for your time and consideration respecting this matter.

                                                     Respectfully submitted,

                                                     /s/ Robert A. Wolf
                                                       Robert A. Wolf

Honorable William H. Pauley III
March 9, 2017
Page 2 of 2


cc:     Bijan Amini, Esq. (by email)
        Avery Samet, Esq. (by email)
        Jeffrey Chubak, Esq. (by email)